IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM SCHAFFHOUSER**, <br><br> Plaintiff, <br><br> v. <br><br> **TRANSEDGE TRUCK CENTERS, et al.**, <br><br> Defendants. | **CIVIL ACTION** <br><br> **NO. 19-5811-KSM** |

## ORDER

**AND NOW**, this 2nd day of June, 2020, upon consideration of Defendants Transedge Truck Centers' and John Martin's Motion to Dismiss Counts II, III, and IV (Doc. No. 6), Plaintiff William Schaffhouser's response brief (Doc. Nos. 7, 8), and Defendants' reply brief (Doc. No. 9), and for the reasons set forth in the Memorandum, it is **ORDERED** that:

(1) The Motion to Dismiss Counts II, III, and IV (Doc. No. 6) is **GRANTED**.

(2) Counts II and IV are **DISMISSED WITHOUT PREJUDICE**.

(3) Count III is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

/s/KAREN SPENCER MARSTON
_____
KAREN SPENCER MARSTON, J.