# **CERTIFICATE OF SERVICE**

I, Brian W. Waerig, do hereby certify that on this 16th day of June, 2020, I caused a true and correct copy of Defendant TransEdge Truck Centers' Answer with Affirmative Defenses to be served via this Court's ECF system, upon the following:

Matthew Mobilio
Mobilio Law, LLC
609 W. Hamiton Street, Suite 100
Allentown, PA 18101
matt@mobiliowood.com

Brian W. Waerig